# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARYL LOCKE,** | Civil No. 3:19-cv-0499 |
| Plaintiff | |
| v. | (Judge Mariani) |
| **JOHN WETZEL,** *et al.*, | |
| Defendants | |

## ORDER

**AND NOW,** this 11th day of December, 2019, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to amend the caption of this matter to reflect that the correct spelling of Defendants Dribelbris and Jadlocks' last names is Dreibelbis and Jadlocki, respectively.
2. Defendants' motion to dismiss (Doc. 11) is **DENIED WITHOUT PREJUDICE.**
3. Defendants may file, within thirty (30) days of the date of this Order, a renewed motion to dismiss addressing whether Plaintiff has stated plausible claims for relief under 42 U.S.C. § 1983 and the FCRA. If Defendants chose not to file a renewed motion to dismiss, they must file their answer to Plaintiff's complaint (Doc. 1) within thirty (30) days of the date of this Order.
4. Plaintiff's motion for default judgment (Doc. 18) is **DENIED** as Defendants May 31, 2019 motion to dismiss was timely filed.

Robert D. Mariani
United States District Judge