UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DARYL LOCKE,

    Plaintiff

v.

JOHN WETZEL, et al.,

    Defendants

Civil No. 3:19-cv-0499

(Judge Mariani)

## ORDER

AND NOW, this 31st day of March, 2021, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' second motion to dismiss (Doc. 25) is **GRANTED.**

2. Plaintiff's complaint is **DISMISSED WITH PREJUDICE.**

3. The Clerk of Court is directed to **CLOSE** the above captioned action.

Robert D. Mariani
United States District Judge